IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE MICHAEL BONARRIGO, et al., | : | No. 1:13-cv-02705 |
| Plaintiffs | : | |
| | : | No. 1:13-ap-00222 |
| v. | : | |
| | : | (Judge Kane) |
| LEXISNEXIS RISK SOLUTIONS | : | |
| FL, INC., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW,** on this 8th day of January 2014, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' motion to withdraw the bankruptcy reference (Doc. No. 1) is **DENIED** without prejudice; and,

2. The parties' joint motion for an extension of time (Doc. No. 3) is **REMANDED** to the Bankruptcy Court.

3. The parties shall file a joint status report on or before April 8, 2014.

                                                                    s/ Yvette Kane
                                                                    Yvette Kane, District Judge
                                                                    United States District Court
                                                                    Middle District of Pennsylvania